

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| IN RE: | § | No. 08-22-00051-CV |
| | § | |
| JARED-LAWRENCE WILLIAMS, | § | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | § | IN MANDAMUS |
| | § | |

## MEMORANDUM OPINION

Relator, Jared-Lawrence Williams, proceeding pro se, filed a petition for writ of mandamus seeking relief from an alleged action taken by the Honorable Yahara L. Gutierrez, Judge of the 65th District Court of El Paso County, Texas with respect to his claim that the trial court lacks jurisdiction over him. Relator filed no record with the petition for writ of mandamus and the appendix to the petition for writ of mandamus contained only an authenticated birth certificate, a certified passport record, and some assumed name certificates.

A party seeking mandamus relief bears the burden of providing this court with a record sufficient to establish their right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). The record must include "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding." TEX.R.APP.P. 52.7(a)(1). Additionally, relator must provide this court with "a certified or sworn copy of any order complained of, or any other document showing the matter complained of."

TEX.R.APP.P. 52.3(k)(1)(A). Relator has not provided this court with a copy of the order of which he complains or with a record sufficient to establish his claim for relief. Due to the lack of an adequate mandamus record, we are unable to determine whether the trial court abused its discretion. Accordingly, we deny Relator's petition for writ of mandamus. *See* TEX.R.APP.P. 52.8(a).

YVONNE T. RODRIGUEZ, Chief Justice

April 25, 2022

Before Rodriguez, C.J., Palafox, and Alley, JJ.